**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JAMES BROWN, | : | |
| | : | |
| Plaintiff, | : | Civil Action No.:     10-1791 (RC) |
| | : | |
| v. | : | Re Documents No.:   29, 36 |
| | : | |
| JASON ROSS *et al.*, | : | |
| | : | |
| Defendants. | : | |

**<u>MEMORANDUM ORDER</u>**

This court referred the defendants' pending motion to dismiss to Magistrate Judge Facciola, who issued a Report and Recommendation on July 6, 2012.  The Report and Recommendation recommended that the defendants' motion be granted and that the plaintiff be given leave to amend.  The Report further warned that any failure to file timely objections would result in a waiver of the right to appeal any order of this court adopting the Report.  *See* LCvR 72.3(b) (allowing a party to file a written objection within 14 days after being served with the report and recommendation).  No objections have been received, and all objections are thus deemed waived.  *Elec. Transaction Sys. Corp. v. Prodigy Partners Ltd.*, 2009 WL 3273920, at *1 (D.D.C. Oct. 9, 2009).  Accordingly, it is this 6th day of August, 2012, hereby

**ORDERED** that Magistrate Judge Facciola's Report and Recommendation is adopted in full; it is further

**ORDERED** that the defendants' motion to dismiss is **GRANTED;** and it is

**ORDERED** that the plaintiff is **GRANTED** leave to file a second amended complaint.

**SO ORDERED**.

RUDOLPH CONTRERAS
United States District Judge